```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT


PATRICIA ALTIERI

     Plaintiff,                 :
                                :
V.                              :  CASE NO. 3:12CV1673 (RNC)
                                :
HABAND COMPANY, LLC., ET AL     :
                                :
     Defendants.                :
```

ORDER

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to close the file without prejudice to reopening on or before June 16, 2013.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before June 16, 2013.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

So ordered.

Dated at Hartford, Connecticut this 16th day of May 2013.

                                                   /s/ RNC
                                          Robert N. Chatigny
                                   United States District Judge